IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02520-MEH

DAN EDWARD SPAHR,

      Plaintiff,

v.

STANDARD INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014.**

      Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed November 11, 2014; docket #12] is **granted in part and denied in part**. The Scheduling Conference currently set for November 26, 2014 is **vacated**, but the Court will hold a Status Conference on **December 8, 2014 at 9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel for the parties shall be prepared to discuss the status of this case and any settlement negotiations.